UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HELBERTH CABRERA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

          v.

CITY SCRAP METAL, INC.,
    d/b/a CITY SCRAP METAL,
    d/b/a CITY METAL TRADERS,
CITY METAL SUPPLY, INC.,
    d/b/a CITY SCRAP METAL,
    d/b/a CITY METAL TRADERS,
MICHELE ROTHMAN, and
ALAN ROTHMAN,

          Defendants.

---

**Case No.: 1:21-cv-05601(RPK)(CLP)**

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

 

**PLEASE TAKE NOTICE** that upon the Affirmation of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff HELBERTH CABRERA hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants CITY SCRAP METAL, INC. d/b/a CITY SCRAP METAL, d/b/a CITY METAL TRADERS; CITY METAL SUPPLY, INC. d/b/a CITY SCRAP METAL, d/b/a CITY METAL TRADERS; MICHELE ROTHMAN, and ALAN ROTHMAN, jointly and severally, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affirmation of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, and Plaintiff's Damage Calculations.

Dated: New York, New York                      LEE LITIGATION GROUP, PLLC
        February 7, 2022                   By:    */s/ C.K. Lee*

C.K. Lee (CL 4086)
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 661-1008
Fax: (212) 465-1181
*Attorney for Plaintiff*