UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
HELBERTH CABRERA, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the class*,

                Plaintiff,                              JUDGMENT
                                                               21 CV 5601 (RPK) (CLP)

                -against-

CITY SCRAP METAL, INC., *et al.,*

                Defendants.
------------------------------------------------------------- X

        An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 9, 2022, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated July 22, 2022, which recommended that: plaintiffs' motion for entry of a default judgment be granted, and that plaintiffs be awarded $21,811.42, which includes $5,905.71 for compensatory damages, $5,905.71 for liquidated damages, and $10,000 for statutory penalties; it is

        ORDERED and ADJUDGED that plaintiffs' motion for entry of a default judgment is granted, and that plaintiffs are awarded a total amount of $21,811.42.

Dated: Brooklyn, NY                                                     Brenna B. Mahoney
        September 12, 2022                                  Clerk of Court

                                                                  By: */s/Jalitza Poveda*
                                                                      Deputy Clerk